IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. NO. 06-00079 DAE/KSC |
| | ) | |
|       Plaintiff, | ) | ORDER REGARDING SERVICE OF |
| | ) | DOCUMENT NUMBER 625 ("ORDER |
|   vs. | ) | GRANTING IN PART AND DENYING |
| | ) | IN PART EX PARTE MOTION 'A' |
| NAEEM J. WILLIAMS, et al., | ) | OF DEFENSE COUNSEL FOR NAEEM |
| | ) | WILLIAMS") AND DOCUMENT |
|       Defendants. | ) | NUMBER 627 ("SECOND ORDER |
| | ) | GRANTING A PORTION OF EX |
| | ) | PARTE MOTION 'A' OF DEFENSE |
| | ) | COUNSEL FOR NAEEM WILLIAMS") |
| | ) | ON COUNSEL FOR THE |
| | ) | GOVERNMENT; |
| | ) | |
| | ) | ORDER AFFIRMING IN PART AND |
| | ) | MODIFYING IN PART DOCUMENT |
| | ) | NUMBER 627 ("SECOND ORDER |
| | ) | GRANTING A PORTION OF EX |
| | ) | PARTE MOTION 'A' OF DEFENSE |
| _____ | ) | COUNSEL FOR NAEEM WILLIAMS") |

ORDER REGARDING SERVICE OF DOCUMENT NUMBER 625 ("ORDER GRANTING IN PART AND DENYING IN PART EX PARTE MOTION 'A' OF DEFENSE COUNSEL FOR NAEEM WILLIAMS") AND DOCUMENT NUMBER 627 ("SECOND ORDER GRANTING A PORTION OF EX PARTE MOTION 'A' OF DEFENSE COUNSEL FOR NAEEM WILLIAMS") ON COUNSEL FOR THE GOVERNMENT; ORDER AFFIRMING IN PART AND MODIFYING IN PART DOCUMENT NUMBER 627 ("SECOND ORDER GRANTING A PORTION OF EX PARTE MOTION 'A' OF DEFENSE COUNSEL FOR NAEEM WILLIAMS")

On April 1, 2008, Defendant Naeem J. Williams filed Ex Parte Motion "A," Document Number 543. The motion was set for hearing before Magistrate Judge Leslie E. Kobayashi.

On May 29, 2008, to insulate himself from matters raised in the motion, the trial judge referred any appeal arising out of Magistrate Judge Kobayashi's ruling on Motion "A" to another judge. On May 30, 2008, the matter was assigned to this judge.

On July 16, 2008, Magistrate Judge Kobayashi issued her first order granting Motion "A" in part and denying it in part. <u>See</u> Order Granting in Part and Denying in Part ex Parte Motion "A" of Defense Counsel for Naeem Williams (July 16, 2008) (Document Number 625).  That same day, Magistrate Judge Kobayashi issued a second order granting Motion "A" in part.  <u>See</u> Second Order Granting a Portion of ex Parte Motion 'A' of Defense Counsel for Naeem Williams (July 16, 2008) (Document Number 627). In many respects, this second order is identical to the first order, with the main difference being that the second order includes a discussion of attorney-client and work product privileged matters.

Both of the July 16, 2008, orders were filed under seal to protect Williams's right to a fair trial.  To date, neither order has been served on counsel for the Government.  The court now orders that the first order, Document Number 625, be served on counsel for the Government.  That order, however, shall remain under seal.  Because the second order, Document Number 627, contains attorney-client and/or work product privileged matters, the court orders that it not be served on counsel for the Government.  The second order shall also remain under seal.

No later than noon on Friday, August 8, 2008, Williams must serve the Government with a copy of Williams' Motion "A," along with exhibits.  Williams may redact matters subject to the

attorney-client privilege or work product doctrine from his motion and exhibits, but the redacted filing must clearly indicate where material has been redacted.

This order disposes of the Government's Appeal filed on August 4, 2008, Document Number 657.

Williams has filed appeals of both orders filed on July 16, 2008, Document Numbers 625 and 627.  Williams is ordered to immediately serve both of the appeals on the Government, as neither contains a discussion of attorney-client or work product matters.  Because this court has determined that the second order (Document Number 627) shall not be served on the Government, the court now decides Williams's appeal pertaining to that order. However, because this court has determined that the first order (Document Number 625) shall be served on the Government, the court does not now decide the appeal of that order.  Instead, the Government shall also have the opportunity to appeal that order no later than August 12, 2008, as this court discussed with the parties at the hearing on July 24, 2008.  See Minutes (July 24, 2008), Document Number 652.

The second order filed on July 16, 2008, is affirmed in part and modified in part.  To the extent Williams complains that Magistrate Judge Kobayashi failed to consider correspondence referred to in the second order as Exhibit B, this court affirms the order.  The letter contains statements that are hearsay,

3

unsworn, and, in many instances, unsupported.  This court has reviewed the entire letter and has determined that, even if the court overlooked those concerns, nothing in the letter would make a difference with respect to the second order issued on July 16, 2008.

To the extent the second order appoints independent counsel to conduct negotiations, if any, the court modifies the order.  Independent counsel shall be appointed to first determine whether present defense counsel is disabled from continuing to represent Williams because of matters raised in Motion "A".  Whether independent counsel will conduct negotiations, should the parties desire such negotiations, is a matter left for such future determination as may be appropriate.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 6, 2008.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

United States of America v. Williams, Crim. No. 06-00079 DAE/KSC; ORDER REGARDING SERVICE OF DOCUMENT NUMBER 625 ("ORDER GRANTING IN PART AND DENYING IN PART EX PARTE MOTION 'A' OF DEFENSE COUNSEL FOR NAEEM WILLIAMS") AND DOCUMENT NUMBER 627 ("SECOND ORDER GRANTING A PORTION OF EX PARTE MOTION 'A' OF DEFENSE COUNSEL FOR NAEEM WILLIAMS") ON COUNSEL FOR THE GOVERNMENT; ORDER AFFIRMING IN PART AND MODIFYING IN PART DOCUMENT NUMBER 627 ("SECOND ORDER GRANTING A PORTION OF EX PARTE MOTION 'A' OF DEFENSE COUNSEL FOR NAEEM WILLIAMS")