IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 06-00079 DAE/KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER REFERRING RECOMMENDATION |
| vs. | ) | OF INDEPENDENT COUNSEL TO TRIAL |
| | ) | JUDGE |
| NAEEM J. WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER REFERRING RECOMMENDATION OF
INDEPENDENT COUNSEL TO TRIAL JUDGE

This judge was appointed to address certain matters that counsel for Defendant Naeem J. Williams thought prudent not to raise with the trial judge.  This judge has now addressed those matters to the extent possible.  Before this judge is the Report To the Court From Appointed Independent Counsel, which states that, in the opinion of Brook Hart, independent counsel for Williams, the relationship between Williams and his attorneys is "substantially intact."  The Report nevertheless recommends appointment of additional death penalty qualified attorneys to the defense team and the prosecution team, in light of the strained relations between the defense and the prosecution. Independent counsel expresses concern that negotiations between the existing defense and prosecution attorneys are hampered by the strained relations.  The recommendation that additional attorneys be appointed does not implicate the sensitive matters that caused Williams to seek this judge's participation in the

first instance.  This judge sees no reason that the trial judge should not be the decisionmaker as to appointment of any additional attorneys.  It is particularly important to leave this matter to the trial judge because of the possibility that any newly appointed attorneys could end up participating in the trial.

Effective immediately, this judge's involvement in this case will cease, and the issue of whether additional counsel should be appointed is referred to the trial judge.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 15, 2008.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

United States of America v. Williams; CR. NO. 06-00079 DAE/KSC
ORDER REFERRING RECOMMENDATION OF INDEPENDENT COUNSEL TO TRIAL
JUDGE